JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 506 -- In re Jose DeMelo Accident of April 27, 1979

| Date | Doc. | Pleading Description |
|---|---|---|
| 82/04/20 | 1 | MOTION, BRIEF, CERT. OF SERVICE, EXHIBITS -- Pltf. Jose DeMelo, et al.<br>SUGGESTED TRANSFEREE COURT: S.D. MISSISSIPPI<br>SUGGESTED TRANSFEREE JUDGE: (cds) |
| 82/04/22 | | AMENDED AFFIDAVIT OF SERVICE -- pltf. DeMelo, et al. (ds) |
| 82/04/30 | | APPEARANCES -- PAUL S. EDELMAN, ESQ. for pltfs Jose Demelo and Marie DeMelo (A-1 and A-2); W.F. HOLDER, II, ESQ. for United States Fidelity & Guaranty Co.; ~~GEORGE ENGINE CO., INC.~~ ROBERT C. GALLOWAY, ESQ. for George Engine Co., Inc.; GEORGE F. BLOSS, III, ESQ. for Woolsey Marine Industries, Inc.; RICHARD P. SALLOUM, ESQ. for Toche Marine, Inc. (ds) |
| 82/05/04 | 2 | RESPONSE -- George Engine Co., Inc. w/cert. of svc (ds) |
| 82/05/05 | 3 | RESPONSE/BRIEF -- Woolsey Marine Industries, Inc. w/cert. svc (ds) |
| 82/05/10 | 4 | RESPONSE -- United States Fidelity & Guaranty Co. w/cert. of svc. (ds) |
| 82/05/10 | 5 | RESPONSE -- Toche Marine, Inc. w/cert. of svc. (ds) |
| 82/05/14 | 6 | REPLY/BRIEF -- pltf Jose DeMelo, et al. w/cert. of svc.(ds) |
| 82/05/25 | | HEARING ORDER -- setting litigation for hearing in Phil., Pa. on June 24, 1982. (eaf) |
| 82/06/23 | | HEARING APPEARANCES -- PAUL S. EDELMAN, ESQ. for Jose and Marine DeMelo (ds) |
| 82/06/23 | | WAIVER OF ORAL ARGUMENT -- Woolsey Marine Industries, Inc.; United States Fidelity & Guaranty Co.; Toche Marine, Inc.; George Engine Co., Inc. (ds) |
| 82/07/08 | | ORDER DENYING TRANSFER OF LITIGATION pursuant to 28 U.S.C. §1407. Notified all involved. (eaf) |

JPML Form 1
Revised: 8/78

DOCKET NO. 506 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE JOSE DeMELO ACCIDENT OF APRIL 27, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| June 24, 1982 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | July 8, 1982 | MO (Denial) | Unpub. | | | |

### Special Transferee Information

DATE CLOSED: July 8, 1982

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 506 -- IN RE JOSE DeMELO ACCIDENT OF APRIL 27, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jose DeMelo and Marie DeMelo, Ptfs., United States Fidelity & Guaranty Co. Intervenor v. Touche Marine, Inc. and George Engine Co., Inc., Defts., United States Fidelity & Guaranty Co., Cross-Deft. | S.D.Miss Cox | S80-0659(C) | | | | 7/8/82 denied |
| A-2 | Jose DeMelo and Marie DeMelo, Pltfs. v. United Capital Corp. and Woolsey Marine Industries, Inc., Defts. | S.D.N.Y. Edelstein | 81-Civ-8054(DNE) | | | | 7/8/82 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 506 -- IN RE JOSE DEMELO ACCIDENT OF APRIL 27, 1979

JOSE DEMELO AND MARIE DEMELO (A-1 & A-2)
Paul S. Edelman, Esquire
Kreindler & Kreindler
99 Park Avenue
New York, New York 10016

UNITED STATES FIDELITY & GUARANTY CO.
W. F. Holder, II, Esquire
1915 - 23rd Avenue
Post Office Box 1585
Gulfport, Mississippi 39501

GEORGE ENGINE CO., INC.
Robert C. Galloway, Esquire
Eaton, Cottrell, Galloway & Lang
2300 14th Street
Post Office Drawer H
Gulfport, Mississippi 39501

WOOLSEY MARINE INDUSTRIES, INC.
George F. Bloss, III, Esquire
Bryant & Stennis
Post Office Box 10
Gulfport, Mississippi 39501

TOCHE MARINE, INC.
Richard P. Salloum, Esquire
Franke, Rainey & Salloum
Post Office Box 1466
Gulfport, Mississippi 39501

UNITED CAPITAL CORP.
(Unable to determine counsel for (deft.)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 506 -- In re Jose DeMelo Accident of April 27, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| TOUCHE MARINE, INC. | A-1 |
| GEORGE ENGINE CO., INC. | A-1 |
| UNITED STATES FIDELITY & GUARANTY CO. | A-1 |
| ✓ UNITED CAPITAL CORP. | A-2 |
| WOOLSEY MARINE INDUSTRIES, INC. | A-2 |