DOCKET NO. 506

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE JOSE DEMELO ACCIDENT ON APRIL 27, 1979

ORDER DENYING TRANSFER*

    Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the plaintiffs in the two actions listed on the attached Schedule A for transfer of the action pending in the Southern District of New York to the Southern District of Mississippi for coordinated or consolidated pretrial proceedings with the action pending there.

    On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978).

    IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Sam C. Pointer, Jr., took no part in the decision of this matter.

SCHEDULE A

MDL-506 -- In re Jose DeMelo Accident of April 27, 1979

### SOUTHERN DISTRICT OF MISSISSIPPI

Jose DeMelo and Marie DeMelo, Pltfs., United States Fidelity & Guaranty Co., Intervenor v. Touche Marine, Inc. and George Engine Co., Defts., United States Fidelity & Guaranty Co., Cross-Deft.

Civil Action No. S80-0659(C)

### SOUTHERN DISTRICT OF NEW YORK

Jose DeMelo and Marie DeMelo, Pltfs. v. United Capital Corp. and Woolsey Marine Industries, Inc., Defts.

Civil Action No. 81-Civ-8054(DNE)